Olayiwola O. Oduyingbo (BBO #691768)
Odu@odulawfirm.com
Ana Barros (BBO #714916)
abarros@odulawfirm.com
**ODU LAW FIRM, LLC**
888 Reservoir Avenue, Floor 2
Cranston, RI 02910
Telephone:    (401) 209-2029
Facsimile:      (401) 217-2299

*Attorneys for Plaintiff*
*Cleberson Oliveira Gomes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEBERSON OLIVEIRA GOMES,<br><br>        Plaintiff,<br><br>   v.<br><br>WONDERFUL HOME SERVICES INC, *alias*<br><br>        Defendant. | Case No. _____<br><br>**COMPLAINT FOR:**<br><br>1. **Violation of the Massachusetts Payment of Wages Act, Mass. Gen. L. c. 149 § 148** *et seq.***;**<br>2. **Violation of the Massachusetts Minimum Fair Wages Act, Mass. Gen. L. c. 151, § 1A** *et seq.***; and**<br>3. **Violation of the Fair Labor Standards Act, 29 U.S.C. § 201** *et seq.*<br><br>**<u>DEMAND FOR JURY TRIAL</u>** |

## **TABLE OF CONTENTS**

Page

SUMMARY OF THE ACTION ........................................................................................1

PARTIES .............................................................................................................................1

JURISDICTION .................................................................................................................1

VENUE ................................................................................................................................2

FACTUAL BACKGROUND AND GENERAL ALLEGATIONS .................................2

      Mr. Oliveira Gomes Was Employed as Painter for Wonderful
      Home Services for Approximately Six Months. ............................2

      The Defendant Unlawfully Withheld Wages from Mr. Oliveira
      Gomes .................................................................................................3

      Mr. Oliveira Gomes Exhausted His Administrative Remedies as to
      His Wage Claims and Brings This Action .....................................3

CLAIMS FOR RELIEF .....................................................................................................3

PRAYER FOR RELIEF ....................................................................................................5

DEMAND FOR JURY TRIAL .........................................................................................6

ODU LAW FIRM, LLC
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029

ODU LAW FIRM, LLC
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029

## COMPLAINT

## SUMMARY OF THE ACTION

1. Plaintiff Cleberson Oliveira Gomes ("Mr. Oliveira Gomes") brings this action against Wonderful Home Services ("Defendant" or "Wonderful Home Services"), to assert his rights and remedy grave and rampant violations committed by Defendant over the course of several months. Mr. Oliveira Gomes is seeking compensatory and punitive damages, counsel fees and costs, and other equitable relief arising out of violations of the Massachusetts Payment of Wages Act, Mass. Gen. L. c. 149 § 148 *et seq.*, the Massachusetts Minimum Fair Wages Act, Mass. Gen. L. c. 151, § 1A; and the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Mr. Oliveira Gomes hereby alleges as follows:

## PARTIES

2. Plaintiff, Cleberson Oliveira Gomes, is a citizen and resident of Worcester, MA.

3. At all times relevant herein, Mr. Oliveira Gomes was employed by Defendant in the Commonwealth of Massachusetts.

4. Defendant is a Domestic Profit Corporation with a principal office located at 299 Boylston St, Shrewsbury, MA 01545.

5. At all times relevant, Defendant was Mr. Oliveira Gomes's "employer" within the meaning of all relevant statutes.

## JURISDICTION

6. The United States District Court for the District of Massachusetts has federal subject matter jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 216(b) because Mr. Oliveira Gomes asserts claims arising under federal law. Specifically, this action arises pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

7. The United States District Court for the District of Massachusetts has supplemental jurisdiction under 28 U.S.C. § 1367 for the state law claims set forth herein, each of which arise

out of a common nucleus of operative facts as the claims over which the Court has original jurisdiction.

8. The United States District Court for the District of Massachusetts has personal jurisdiction over Defendant because they have a principal place of business within this District, and they have sufficient minimum contacts in Massachusetts to render the exercise of jurisdiction by this Court both proper and necessary.

## VENUE

9. Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because Defendant resides in this District.

10. Moreover, venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the acts and/or omissions giving rise to the claims asserted herein occurred in this District.

### FACTUAL BACKGROUND AND GENERAL ALLEGATIONS

### Mr. Oliveira Gomes Was Employed as Painter for Wonderful Home Services for Approximately Six Months.

11. On or around May 15, 2024, Mr. Oliveira Gomes was hired by the Defendant as a painter earning approximately $17 an hour.

12. Mr. Oliveira Gomes often worked six days a week, from Monday through Saturday. His work hours ranged from 8 a.m. to as late as 6:00 or 7:00 p.m. Mr. Oliveira Gomes routinely worked 60 to 66 hours per week.

13. Despite working over 60 hours each week—including more than 20 hours of overtime on a regular basis—Mr. Oliveira Gomes was not properly compensated for his overtime work.

14. In fact, Defendant paid Mr. Oliveira Gomes at the regular rate of $17—not the overtime premium—for all the hours that he worked each week.

ODU LAW FIRM, LLC
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029

ODU LAW FIRM, LLC
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029

**The Defendant Unlawfully Withheld Wages from Mr. Oliveira Gomes**

15. On or around October 18, 2024, Mr. Oliveira Gomes' employment with Defendant ended.

16. At that time, Mr. Oliveira Gomes requested payment for his last week of work, consisting of 40 hours.

17. Defendant, Wonderful Home Services, refused to pay Mr. Oliveira Gomes his last paycheck and withheld approximately 40 hours of wages from Mr. Oliveira Gomes.

18. Defendant acknowledged that Mr. Oliveira Gomes performed work during his final pay period that went unpaid. However, Defendant claimed that it could not pay Mr. Oliveira Gomes his last paycheck without additional personal documentation, despite never having required such documentation during his six months of employment.

19. At this time, Mr. Oliveira Gomes has still not received his final paycheck.

**Mr. Oliveira Gomes Exhausted His Administrative Remedies as to His Wage Claims and Brings This Action**

20. Pursuant to the state law requirements as set forth in Massachusetts General Laws Chapter 149 § 150, Mr. Oliveira Gomes submitted his statutory claims with the Office of the Attorney General and received a Right to Sue letter.

**CLAIMS FOR RELIEF**

21. Mr. Oliveira Gomes realleges and incorporates by reference paragraphs 1 through the immediately preceding paragraph as if fully set forth herein.

**First Claim for Relief**

*Failure to Pay Minimum Wage – Fair Labor Standards Act,*

*29 U.S.C. § 201 et seq.*

22. As a result of not paying Plaintiff any wage whatsoever for the final workweek of his employment, Defendant willfully failed or refused to pay Plaintiff the FLSA-mandated

ODU LAW FIRM, LLC
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029

minimum wage. Defendant's practice of willfully failing or refusing to pay Plaintiff at the required minimum wage rate violated the FLSA, 29 U.S.C. § 206(a). Plaintiff is therefore entitled to compensation for the full applicable minimum wage at an hourly rate, to be proven at trial, plus an additional equal amount as liquidated damages, together with interest, reasonable attorney's fees, and costs.

### Second Claim for Relief

*Failure to Pay Overtime – Fair Labor Standards Act,*

*29 U.S.C. § 201 et seq.*

23.   Defendant, by their acts and/or omissions, including, but not limited to those described herein, engaged in unlawful conduct by failing to pay Mr. Oliveira Gomes overtime premium for the hours worked in excess of 40 in a week in violation of the FLSA, 29 U.S.C. § 207. Under the FLSA, an employer found guilty of violating the statutory provisions therein, like section 207, is liable for liquidated damages, which is an additional amount equal to the owed amount. *See* 29 U.S.C. § 216(b).

### Third Claim for Relief

*Non-Payment of Wages – Massachusetts Payment of Wages Act,*

*Mass. Gen. L. c. 149 § 148 et seq.*

24.   Defendant, by their individual acts and/or omissions, including, but not limited to those described herein, engaged in unlawful conduct by failing to pay Mr. Oliveira Gomes his earned wages in violation of the Massachusetts Payment of Wages Act, Mass. G. L. c. 149 § 148. Under this Act, employees who are terminated must be paid in full on the day of discharge. At the very latest, wages must be paid within six days after the end of the pay period in which the wages were earned. *Id.* The Act further prohibits an employer from withholding earned wages based on their own unilateral decision to apply a wage set-off. Mass. G. L. c. 149 § 150. Per the Wage Act, an employer is liable for triple damages and the Act imposes strict liability on employers for late

payment or nonpayment of wages. *Id.*

### Fourth Claim for Relief

*Failure to Pay Overtime Wages – Massachusetts Minimum Fair Wages Act,*

*Mass. Gen. L. c. 151, § 1A, 1B*

25. Defendant, by their individual acts and/or omissions, including, but not limited to those described herein, engaged in unlawful conduct by failing to pay Mr. Oliveira Gomes for the hours worked in excess of 40 in a week or 8 in a day, at the overtime premium, in violation of the Massachusetts Minimum Fair Wages Act, Mass. Gen. L. c. 151, § 1A, 1B. Under this Act, Mr. Oliveira Gomes should have been paid the overtime premium of $25.50 for each overtime hour worked in a week (which ranges from 10 to 40). Per the Wage Act, an employer is liable for triple damages and the Act imposes strict liability on employers for late payment or nonpayment of wages. *Id.*

### Fifth Claim for Relief

*Failure to Pay Minimum – Massachusetts Minimum Fair Wages Act,*

*Mass. Gen. L. c. 151, § 1&7*

26. Defendant, by their individual acts and/or omissions, including, but not limited to those described herein, engaged in unlawful conduct by failing to pay Mr. Oliveira Gomes for all hours worked during his final week of work at an hourly rate at least equal to the applicable Massachusetts minimum wage then in effect also in violation of Mass. Gen. Laws ch. 151 §§ 1 & 7.

### PRAYER FOR RELIEF

WHEREFORE, Mr. Oliveira Gomes prays and respectfully requests that this Court grant the following relief:

A. A declaratory judgment declaring that the acts and/or omissions of Defendant, including, but not limited to those complained of herein, are in violation of the

Massachusetts Payment of Wages Act, MGL c. 149, § 148 *et seq*, the; and the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

B. An injunction directing Defendant to take such affirmative action as is necessary to refrain from such conduct as is necessary to ensure that the effects of these unlawful employment practices are eliminated and not repeated.

C. An injunction or other equitable relief, including, but not limited to, an award of back pay, front pay or reinstatement, and other compensation and/or benefits, and to make Mr. Oliveira Gomes whole for all earnings and benefits Mr. Oliveira Gomes would have received but for the violations.

D. An award of all actual, general, special, incidental, statutory, punitive, compensatory, liquidated, consequential, and/or restitutionary damages to which Mr. Oliveira Gomes is entitled.

E. An award of prejudgment interest, reasonable attorneys' fees, and costs; and

F. Such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of all issues triable as of right.

Dated: April 25, 2025

**ODU LAW FIRM, LLC**

By: /s/ *Olayiwola O. Oduyingbo*

**Olayiwola O. Oduyingbo, Esq.**
BBO #691768
Ana Barros, Esq.
BBO #714916
888 Reservoir Avenue, Floor 2
Cranston, RI 02910
Phone: (401) 209-2029
Fax: (401) 217-2299
Odu@odulawfirm.com
ABarros@odulawfirm.com

**ATTORNEYS FOR**

**ODU LAW FIRM, LLC**
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029

6                                                                                                  COMPLAINT

**PLAINTIFF,
CLEBERSON OLIVEIRA
GOMES**

ODU LAW FIRM, LLC
888 RESERVOIR AVENUE, FLOOR 2
CRANSTON, RI 02910
(401) 209-2029